# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JORDAN DEAN WENHOLD • Case No:
Plaintiff

v.

SUPT. Dr. ROBERT MARSH, UNIT MANAGER NELSON, AND LT. J. STABLE
SCI-BENNER TOWNSHIP, BELLEFONTE, PA
in their individual and official capacities

FILED
SCRANTON
JAN 19 2022
PER _____ DEPUTY CLERK

## 42 U.S.C. §1983 CIVIL RIGHTS LAWSUIT

## STATEMENT OF CLAIM:

On January 22, 2020, I Jordan Dean Wenhold #NY7055, was violently assaulted by my cellmate James C. Robertson #MP5648, who is a well known GANG MEMBER OF DEAD MAN INC. I was attempting to urinate/Pee, so I would not have to at School. When James C. Robertson #MP5648 was talking to me and he was starting to get angry. Then I said "relax, I'm moving out," then he asked me questions about where and when did I talked to are Unit Manager Ms. Nelson. I said "yesterday" he jumped up off the Bottom Bunk and Punched me in the back of my head, Stating "you tell or warn a Mother F**ker when you make Plans to move out." I Put my Penis away as soon as I heard him get up off the bed. I turned to face him after he Punched me in the back of my head and I had anxiety attack asking James C. Robertson #MP5648 multiple times why he did that as my arms were flaling around and out of Nowhere I Punched him in his face. But before I could apologize, he Punched me multiple times in my nose and ec;

Face for more than (5)-minutes. James C. Robertson #MP5648 attempted to break my nose and knock me out. By the time he was done there was a big pouddle of blood on the cell floor and my face and nose were covered with bumps, bruises, contusions and swellingness. I did report on January 14/2020, how I did not feel safe with him as a cellmate and how it was about to be a physical altercation between us. I reported it to H-Block Unit Manager Ms. Nelson. Please see Grievance No. #874148 & Form DC-141 Part 1st Commonwealth of Pennsylvaina, Department of Corrections report No's: # D408302 & D455410. As proof of my civil rights being violated, do to Negligence, Intentional Torts - Assault and Battery Damages. I am seeking $50,000.00 in Monetary Damages. Please note I DID NOT Receive any Medical Treatment, Pain Pills or an Ice Pack for the Injuries I Received from James C. Robertson #MP5648.

"THE FOREGOING IS TRUE AND CORRECT TO THE BEST of MY Knowlegde under Punishment of Perjury Respectfully Submitted." sign: [signature]

CC:

Dated: 1/11/2022   Print: Jordan Dean Wenhold



Jordan Vaino
2555 Hatmay Dr.
Center Valley, PA 18031

United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building &
U.S. Courthouse
235 N Washington Ave, P.O. Box 1148
Scranton, PA 18501

RECEIVED
SCRANTON
JAN 19 2022
PER
[signature]
DEPUTY CLERK