# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF Pennsylvania

Jordan Dean Wenhold
*Plaintiff*
v.

_____
*Defendant*

Civil Action No. 4:22-CV-0105

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☐ No
(b) Rent payments, interest, or dividends ☐ Yes ☐ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☐ No
(d) Disability, or worker's compensation payments ☒ Yes ☐ No
(e) Gifts, or inheritances ☐ Yes ☐ No
(f) Any other sources ☐ Yes ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future. I AM Mentally Disabile and I Just Started to recollect my Social Security Income (SSI) In December 2021. I received $825.00 in December 2021 and I expect to receive $900.00 as of Febuary 2022.

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0-Zero/None

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value): Snap-on Tools & clothing Eastimated Value $500.00 - $660,000. Probly Less than $500.00 Do to being used and Beaten up.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense): I rent a Bedroom For $400.00 a month and I owe In Back rent. I Been renting since September 2021 - Now, and I owe from September 2021 - November 2021 Back rent. So, I Pay $500.00 a month until I am caught up on rent. My Phone Bill is $60.00 a month and my Food Bill is $230.00 a month. And my Lehigh County Payments in cost and fines $50.00 a month.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: My Mother Phyllis K. Wenhold, my sister Stephanie Wenhold, my (2) neices K.B. and E.B. and my Aunt Jen and uncle Bob Toth.

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable): Lehigh County Court Coast fines $50.00 a month and Snap-on Tool Payments I owe $70.00 and that's It ☺.

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 1/27/2022

Applicant's signature

Jordan D. Wenhold
Printed name