IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN DEAN WENHOLD, | No. 4:22-CV-00105 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DR. ROBERT MARSH, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 17th day of February 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application (Doc. 5) to proceed *in forma pauperis* is **GRANTED**.

2. Plaintiff's complaint, Doc. 1, is partially **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted as to defendants Superintendent Dr. Robert Marsh and Lieutenant J. Stavole.

3. Plaintiff, if desired, shall have until <u>March 8, 2022</u>, to file an amended complaint. If no amended complaint is timely filed, the case shall proceed against Defendant Nelson alone.

4. The Clerk of Court shall terminate defendant "SCI-Bellefonte" and correct defendant "Lt. J. Stable" to "Lt. J. Stavole." *See* Doc. 2 at 1.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge