# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN DEAN WENHOLD, | No. 4:22-CV-00105 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DR. ROBERT MARSH, *et al.*, | |
| Defendants. | |

## ORDER

### SEPTEMBER 30, 2022

**AND NOW**, upon consideration of this Court's September 6, 2022 Order,[1] in which the Court dismissed all claims except Plaintiff's Section 1983 claim alleging failure to protect against defendant Unit Manager Abbey Nelson, and which directed Nelson to "file an appropriate responsive pleading pursuant to the Federal Rules of Civil Procedure,"[2] and the Court observing that an answer was due by September 20, 2022,[3] but to date has not been filed, **IT IS HEREBY ORDERED** that Defendant shall file a status report with the Court within seven days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Doc. 23.
[2] *Id.*
[3] *See* FED. R. CIV. P. 12(a)(4)(A).