IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN DEAN WENHOLD, | No. 4:22-CV-00105 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DR. ROBERT MARSH, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 14th day of September 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant Unit Manager Nelson's motion (Doc. 31) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Nelson and against Plaintiff Jordan Dean Wenhold as to the remaining Section 1983 Eighth Amendment failure-to-protect claim.

3. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge