# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| Wenhold | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-cv-00105 |
| Nelson | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Final Judgment is entered in favor of Nelson and against Plaintiff Jordan Dean Wenhold as to the remaining Section 1983 Eighth Amendment failure-to-protect claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Matthew W. Brann on Motion for Summary Judgment (doc. 31).

Date: 09/14/2023

*CLERK OF COURT*

s/ *Emily C. Aikey*

*Signature of Clerk or Deputy Clerk*